AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-CV-00741

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **JAF Communications Inc.**
was recieved by me on  **2/16/2024:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒    I served the summons on **CT Corporation System**, who is designated by law to accept service of process on behalf of **JAF Communications Inc.** at **28 Liberty St, New York, NY 10005** on **02/21/2024 at 2:13 PM**; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date:  02/21/2024

*Server's signature*

**Stephen Theus**
*Printed name and title*

**26 Court Street
Suite 1812
BROOKLYN, NY 11242**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to CT Corporation System with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black male contact 25-35 years of age, 5'10"-6'0" tall and weighing 180-200 lbs.  Mohamed dansoko, intake specialist**




Tracking #: 0125304106