# RAISNER | ROUPINIAN

Jack A. Raisner
(212) 221-1747 ext. 454
jar@raisnerroupinian.com

March 14, 2024

**VIA ECF AND EMAIL**

Honorable Judge Margaret M. Garnett
United States District Court for the Southern District of New York

**Re:** *Belendez-Desha v. JAF Communications, Inc.*, No. 1:24-civ-00741 (MMG)
*Plaintiff's Letter-Motion Seeking Continuance of Initial Case Management Conference and related deadlines*

Dear Judge Garnett:

We are counsel for Plaintiff Pilar Belendez-Desha, on behalf of herself and a putative class, in the above-captioned action. Plaintiff submits this letter in accordance with Your Honor's Individual Practices, in support of her request to continue the initial Case Management Conference currently scheduled for March 26, 2024, as well as the deadline for the parties to submit a joint letter and proposed Civil Case Management Plan and Scheduling Order in accordance with Rule II(A)(5) of Your Honor's Individual Rules (ECF 7). The parties' joint letter and proposed CMC Plan are currently due on March 19, 2024 (ECF 7). This is the first request for continuance.

Plaintiff seeks the continuance because no counsel has appeared on behalf of Defendant and no answer or responsive pleading has been filed. Plaintiff filed a Class Action Complaint on February 1, 2024 (ECF 1). Plaintiff personally served the summons and complaint on Defendant's registered agent on February 21, 2024 (ECF 6). Defendant's Answer was due on March 13, 2024 (ECF 6). Defendant has not entered an appearance in this matter and Plaintiff does not know the identity of Defendant's counsel. Accordingly, Plaintiff intends to serve a copy of Notice of Reassignment, Your Honor's Individual Practices upon Defendant personally, as required by the Notice of Reassignment (ECF 7), and file proof of such notice.

For these reasons, Plaintiff respectfully requests that Your Honor continue the initial Case Management Conference to April 30, 2024, May 7, 2024, or another date that is convenient for Your Honor.

Sincerely,

*/s/ Jack A. Raisner*
Jack A. Raisner

RAISNER ROUPINIAN LLP
270 Madison Avenue, Ste. 1801, New York, NY 10016
(212) 221-1747
www.raisnerroupinian.com