Civil Action No. **1:24-CV-00741-MMG**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

The Notice of Reassignment; Letter Motion to Adjourn; Order Granting Letter Motion to Adjourn; and Judge Garnett Individual Practices and Procedures for **JAF Communications Inc.** was recieved by me on **3/20/2024**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the documents on **c/o CT Corporation System,** who is designated by law to accept service of process on be half of **JAF Communications, inc. at 28 Liberty St, 42nd Floor, New york, NY 10005** on **03/20/2024 at 12:54 PM;** or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date: 03/21/2024

_____
*Server's signature*

**Stephen Theus**
*Printed name and title*

**26 Court Street**
**Suite 1812**
**BROOKLYN, NY 11242**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to c/o CT Corporation System, REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Hispanic female contact 25-35 years of age, 5'4"-5'6" tall and weighing 120-140 lbs. osmara Martinez, intake specialist**





Tracking #: **0127766231**