UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PILAR BELENEZ-DESHA, Individually and on Behalf of All Others Similarly Situated,

           Plaintiff,

-against-

JAF COMMUNICATIONS, INC.,

           Defendant.

24-CV-00741 (MMG)

**ORDER TO SHOW CAUSE**

MARGARET M. GARNETT, United States District Judge:

      On February 1, 2024, Plaintiff filed its complaint with the Court. Dkt. No. 1. Defendant was served with the complaint on February 21, 2024, and proof of service was filed with the Court that same day. Dkt. No. 6. On March 29, 2024, Defendant belatedly appeared in this action, but has not answered or otherwise responded to the complaint. The deadline for Defendant to answer elapsed on March 13, 2024. *See* Dkt. No. 6.

      Accordingly, it is hereby ORDERED that Defendant show cause, in writing and filed on ECF, with supporting affidavits if necessary, why Defendant's failure to answer should be excused. If the Court does not receive any such communication from Defendant by **April 8, 2024**, the Court will consider Plaintiff's complaint to be unopposed, and Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55.

Dated: April 1, 2024
       New York, New York

                      SO ORDERED.

                      MARGARET M. GARNETT
                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/1/2024