**WE ARE YOUR DOL**



Kathy Hochul, Governor
Roberta Reardon, Commissioner

**CHRISTOPHER WHITE**
**Deputy Commissioner for Workforce Development**
**New York State Department of Labor**
W. Averell Harriman State Office Campus
Building 12, Room 590, Albany, NY 12226
christopher.white@labor.ny.gov
www.labor.ny.gov

March 14, 2024

**Via E-Mail:** rflores@themessenger.com
**JAF Communications, Inc. d/b/a The Messenger**
Roxanna Flores
222 Lakeview Avenue, Suite 1650
West Palm Beach, FL 33410

Re:  JAF Communications, Inc. d/b/a The Messenger

Dear Ms. Flores,

This letter is regarding the New York State Department of Labor's ("Department") administrative review into the compliance of JAF Communications, Inc. d/b/a The Messenger (hereinafter "the employer") with the New York State WARN Act as to the termination of its employees when the employer permanently closed on January 31, 2024.

We have reviewed the material you submitted to the Department. Based on the information you provided, the Department concludes that the employer has provided all the documentation to satisfy the submission of the WARN notice and no further action is required. Therefore, we are closing our file on this matter.

If you have any further questions regarding this matter, please feel free to contact Monty Henderson at (518) 486-9004 or Monty.Henderson@labor.ny.gov.

Sincerely,

Christopher White
Deputy Commissioner for Workforce Development

cc:  NYSDOL – WARN Unit
     NYSDOL – Monty Henderson, NYS WARN Coordinator