```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PILAR BELENDEZ-DESHA, Individually and on Behalf of All Others Similarly Situated,

       Plaintiff,

-against-

JAF COMMUNICATIONS, INC.,

       Defendant.

24-CV-00741 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

   According to the proof of service (Dkt. No. 6), the deadline for Defendant to respond to the Complaint was March 13, 2024. On April 8, 2024, Defendant JAF Communications, Inc. requested an extension of time *nunc pro tunc* to respond to the Complaint. Dkt. No. 14. Later that same day, Plaintiff filed a response in opposition to Defendant's requested extension. Dkt. No. 15. Upon reviewing the parties' submissions, and in light of the "oft-stated preference for resolving disputes on the merits," Defendant's letter-motion is hereby GRANTED for the reasons stated herein. *See Enron Oil Corp. v. Diakuhara*, 10 F.3d 90, 95 (2d Cir. 1993)

   Under the standards set forth in *Enron Oil Corp.*, 10 F.3d at 96, the Court is satisfied that Defendant has demonstrated "good cause" as to why it should be permitted to respond to the Complaint after the deadline and why any default should be vacated. *See* Fed. R. Civ. P. 55(c); *see also John v. Sotheby's, Inc.*, 141 F.R.D. 29, 35 (S.D.N.Y. 1992) ("The filing of a late answer is analogous to a motion to vacate a default."); *Liang v. Home Reno Concepts, LLC*, 803 F. App'x 444, 446 n.2 (2d Cir. 2020). Specifically, Defendant has shown that (1) the default was not willful; (2) Plaintiff would not be prejudiced by vacating the default; and (3) without opining on the strength or underlying merits of the defense, Defendant intends to proffer a potential meritorious defense.

   Accordingly, it is hereby ORDERED that Defendant's deadline to answer or otherwise respond to the Complaint is **April 23, 2024**.

   The Clerk of Court is respectfully directed to terminate Dkt. No. 14.

Dated: April 16, 2024
    New York, New York

                  SO ORDERED.

                  MARGARET M. GARNETT
                  United States District Judge