```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PILAR BELENDEZ-DESHA, Individually and on
Behalf of All Others Similarly Situated,

                              Plaintiff,

-against-

JAF COMMUNICATIONS, INC.,

                              Defendant.

---

24-CV-00741 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

The Court is in receipt of Plaintiff's Motion for Class Certification and Related Relief (Dkt. No. 16).  The briefing schedule for Plaintiff's motion shall be as follows:

- Defendant's opposition shall be due no later than **May 10, 2024**; and
- Plaintiff's reply in support of her motion shall be due no later than **May 17, 2024**.

Dated: April 18, 2024
        New York, New York

                                        SO ORDERED.

                                        _____
                                        MARGARET M. GARNETT
                                        United States District Judge