USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/2024

# PECHMAN LAW GROUP PLLC
A T T O R N E Y S   A T   L A W

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
WWW.PECHMANLAW.COM

May 9, 2024

> Application GRANTED. Defendant shall have until **May 17, 2024** to file its opposition to Plaintiff's motion for class action certification. Plaintiff's reply shall be due **May 24, 2024**. Pursuant to the Court's Individual Rules & Practices, a request for an extension or adjournment must be made at least two business days prior to the relevant due date. Counsel is advised that future requests that are not made pursuant to the Court's Individual Rules & Practices may be denied on the basis of their untimeliness. The Clerk of Court is respectfully directed to terminate Dkt. No. 22.
>
> SO ORDERED. Date: 5/10/2024.
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE

**VIA ECF**

Honorable Margaret M. Garnett
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

Re: *Belendez-Desha v. JAF Communications, Inc.*, 24 Civ. 741 (MMG)
(Letter-Motion re: Extension to File Rule 23 Motion Opposition)

Dear Judge Garnett:

We represent Defendant JAF Communications Inc. in the above-referenced Action. On behalf of our client, we respectfully request a brief extension of one week to file Defendant's opposition to Plaintiff's motion for class action certification under Rule 23 of the Federal Rules of Civil Procedure (ECF No. 17) (the "Rule 23 Motion"). The original deadline is tomorrow, May 10, 2024. The extension requested is until May 17, 2024. Plaintiff's counsel stated earlier today that he takes no position on this request.

This is the first time that Defendant makes this request, which Defendant apologizes for making late. Although counsel is almost done drafting Defendant's opposition to the Rule 23 Motion, Defendant's representative who must review the opposition must be out of the country until the middle of next week. Moreover, counsel has an emergency matter involving sixty-one clients that must be attended to between today and tomorrow. Because of these circumstances, Defendant requests a brief extension of one week to submit its response to the Rule 23 Motion. Defendant of course consents to extending Plaintiff's time to reply to Defendant's opposition.

On behalf of Defendant, we again apologize to the Court for the delayed request and thank the Court for its time and attention to this matter.

Respectfully submitted,

Gianfranco J. Cuadra

cc: Counsel for Plaintiff (via ECF)