## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

PILAR BELENDEZ-DESHA, on behalf of herself
and all others similarly situated,

                    Plaintiff,

       v.

JAF COMMUNICATIONS INC. d/b/a THE
MESSENGER,

                    Defendant.

CASE NO.   24-cv-0741 (MMG)

## NOTICE OF SERVICE OF SUBPOENA

Notice is hereby given that, on August 9, 2024, Plaintiff Pilar Belendez-Desha, through her counsel, served a subpoena for the production of documents directed to CoAdvantage Resources Inc., via personal service upon all parties listed below.

**Service List:**

**CoAdvantage Resources Inc.**
**c/o** NRAI Services
1200 South Pine Island Road
Plantation, FL 33324

Dated: August 12, 2024        By:    /s/   René S. Roupinian
                                       René S. Roupinian, Esq.
                                     Jack A. Raisner, Esq.
                                     **RAISNER ROUPINIAN LLP**
                                     270 Madison Avenue, Suite 1801
                                     New York, New York 10016
                                     Telephone: (212) 221-1747
                                     Facsimile: (212) 221-1747
                                     Email: rsr@raisnerroupinian.com
                                     Email: jar@raisnerroupinian.com

                                     *Attorneys for Plaintiff and the putative class*