IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PILAR BELENDEZ-DESHA, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>JAF COMMUNICATIONS INC. d/b/a THE MESSENGER,<br><br>                Defendant. | CASE NO.  24-cv-0741 (MMG) |

## NOTICE OF SERVICE OF DISCOVERY

Notice is hereby given that, on July 23, 2024, Plaintiff Pilar Belendez-Desha, through her counsel, served upon counsel for Defendant JAF Communications, Inc. *Plaintiff's First Request for Production of Documents to Defendant and Plaintiff's First Set of Interrogatories to Defendant* via e-mail, to the parties listed below.

**Service List:**

Louis Pechman, Esq.
Gianfranco J. Cuadra, Esq.
**PECHMAN LAW GROUP PLLC**
488 Madison Avenue, 17th Floor
New York, New York 10022
Email: pechman@pechmanlaw.com
Email: cuadra@pechmanlaw.com


Dated: August 12, 2024      By:   /s/   *Jack A. Raisner*
                                                             René S. Roupinian, Esq.
                                                              Jack A. Raisner, Esq.
                                                              **RAISNER ROUPINIAN LLP**
                                                              270 Madison Avenue, Suite 1801
                                                              New York, New York 10016
                                                              Telephone: (212) 221-1747

Facsimile: (212) 221-1747
Email: rsr@raisnerroupinian.com
Email: jar@raisnerroupinian.com

*Attorneys for Plaintiff and the putative class*