UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PILAR BELENDEZ-DESHA, on behalf of herself and all others similarly situated,

    Plaintiff,

-against-

JAF COMMUNICATIONS, INC.,

    Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/6/2024
```

24-CV-00741 (MMG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the parties' confidential settlement letters, submitted in advance of the settlement conference scheduled for September 11, 2024. Both sides state in their letters that plaintiff made a settlement demand on September 4 2024. There is no mention of any offer made by the defendant to the plaintiff.

    The parties are reminded that my Settlement Conference Scheduling Order, dated July 24, 2024 (Dkt. 32), requires that, "after receipt of this Order," the parties conduct "at least one good-faith settlement discussion, in person or by telephone," and that "*each* party convey to *each* opposing party at least one good-faith settlement demand or offer." (Sched. Order ¶ 2) "Past settlement negotiations may not be relied upon to satisfy this requirement."

    Consequently, it is hereby ORDERED that the parties promptly complete the required pre-conference settlement discussions. Thereafter, but no later than **Monday, September 9, 2024, at 5:00 p.m.**, the parties must submit a *joint* supplemental settlement letter to chambers (by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov), confirming that they complied with this Order, providing the date and time of the discussion, and describing the terms of each party's most recent demand or offer.

Dated: New York, New York
       September 6, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**