IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PILAR BELENDEZ-DESHA, on behalf of herself and all others similarly situated,<br><br>                   Plaintiff,<br><br>   v.<br><br>JAF COMMUNICATIONS INC. d/b/a THE MESSENGER,<br><br>                   Defendant. | CASE NO.   24cv0741 (MMG)<br><br>**AFFIDAVIT OF DEMETRIUS JENKINS REGARDING MAILING OF NOTICE OF CLASS ACTION** |

I, Demetrius Jenkins, attest and say:

1. I am a Case Manager at American Legal Claim Services, LLC ("ALCS"), noticing agent for the class in the above-captioned case.

2. On December 18, 2024, the Court entered its *Memorandum Opinion and Order* granting class certification (ECF 38).

3. On January 2, 2025, Class Counsel provided ALCS with a mailing list identifying each putative class member, their name and last known address (the "Class List").

4. On January 6, 2025, ALCS mailed Notice of Class Action, attached hereto as **Exhibit A**, to all 279 Class Members contained in the Class List, attached hereto as **Exhibit B**.

I declare under penalty of perjury pursuant to the laws of the State of Florida that the foregoing is true and correct to the best of my knowledge.

Executed on January 8, 2025, in Jacksonville, Florida.

_____
Demetrius Jenkins

**Exhibit A**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PILAR BELENDEZ-DESHA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JAF COMMUNICATIONS INC. d/b/a THE MESSENGER,<br><br>Defendant. | CASE NO.   24cv0741 (MMG) |

**NOTICE OF CLASS CERTIFICATION**

*YOU ARE NOT BEING SUED.  PLEASE READ THIS NOTICE CAREFULLY AS IT MAY AFFECT YOUR RIGHTS.*

**TO:** Plaintiff and other similarly situated former employees of Defendant who worked at, received assignments from, or reported to any of its sites and who were terminated within 30 days of January 31, 2024.

**SUBJECT:** Class action on behalf of former employees of The Messenger alleging claims under the WARN (Worker Adjustment and Retraining Notification) Acts for failure to provide advance notice of the January 31, 2024 shutdown.

**DATE:** JANUARY 6, 2025

## THE CLASS CLAIM

Plaintiff worked for Defendant until she, along with other employees, was terminated without cause on or about January 31, 2024. Neither she nor others similarly situated received at least 60 days' written notice as required by the WARN Act, or 90 days' written notice as required by the NY WARN Act.

On February 1, 2024, Plaintiff filed a class action complaint in this court against Defendant. In the complaint, Plaintiff seeks damages in the amount of up to 60 days' pay and ERISA benefits due to Defendant's alleged violation of the WARN Acts. Specifically, Plaintiff alleges that on January 31, 2024, and within 90 days of January 31, 2024, she and other similarly situated employees were terminated from their employment without 60 days advance written notice of their terminations as required by the WARN Acts. Plaintiff alleges that Defendant terminated her and the other employees unlawfully and are liable to her and other employees for up to 60 days' wages and benefits.

Defendant has not filed an answer to the complaint.

## THE DEFINITION OF THE CLASS

The Court has recently certified this case as a Class Action. The Class is defined as:

> Plaintiff and other similarly situated former employees of Defendant: (i) who worked at, received assignments from, or reported to its sites, (ii) who were terminated within 30 days of January 31, 2024, and (iii) who have not filed a timely request to opt-out of the class.

## WHAT TO DO

**If you wish to be a member of the class, you do not need to do anything,** and you will receive whatever benefits you may be entitled to if you are determined to be eligible as a Class Member. If you do nothing, you will automatically be a Class Member and be bound by any judgment (whether favorable or unfavorable) or court-approved settlement in the case. Before court approval, you, as a Class Member, will receive notice of any proposed settlement and will be afforded an opportunity to object to the settlement. You may appear by your own counsel if you are a Class Member.

**If you do NOT wish to participate in this Action and wish to be EXCLUDED and thereby reserve your rights under the WARN Acts and NOT share in any recovery in the Action, sign the form below** and mail it by First Class Mail to Raisner Roupinian LLP, 270 Madison Avenue, Suite 1801, New York, New York 10016, (212) 221-1747, Attn: René S. Roupinian. The form must be received by Ms. Roupinian no later than **February 5, 2025.** All requests for exclusion received after that date will not be effective, and any person who sends a late request will be a member of the class in the Action and will be bound in the same way and to the same extent as all other Class Members.

## CLASS COUNSEL AND CLASS REPRESENTATIVE

The Plaintiff who initiated this lawsuit is represented by Raisner Roupinian LLP, 270 Madison Avenue, Suite 1801, New York, New York 10016, (212) 221-1747. The Court has also recently appointed Pilar Belendez-Desha as the Class Representative and Raisner Roupinian LLP as Class Counsel.

## THE COURT HAS NO POSITION ON THE MERITS

The Court has taken no position regarding the merits of the Plaintiff's claims.

## ADDITIONAL INFORMATION

If you wish information or assistance, please contact Jenny Hoxha of Raisner Roupinian LLP at (212) 221-1747. ***Please do not call or contact the Court or Defendant's Counsel for information.***

# EXCLUSION FORM

*Belendez-Desha v. JAF Communications, Inc. dba The Messenger*
United States District Court for the Southern District of New York
Civ. A. No. 24cv0741 (MMG)

I, the undersigned, have read the foregoing Notice and understand its contents.

I, the undersigned, **do not** want to be part of the Class Action or receive any benefits from the Class Action and do not wish to be bound by the outcome of the Class Action.

_____    _____
Signature                                                      Address

_____    _____
Name (printed or type)                                 Telephone

_____
Date

If you do NOT wish to be included, send this completed form to:

Raisner Roupinian LLP
270 Madison Avenue, Suite 1801
New York, New York 10016
Attn: René S. Roupinian

**Exhibit B**

# THE MESSENGER WARN
## Exhibit B

| # | Class Member | # | Class Member |
|---|---|---|---|
| 1 | ABDULFATTAH, FATMA KHALED | 41 | CAMPISI, JESSICA SARA |
| 2 | ACHARYA, NIHARIKA | 42 | CAPUTO, MARC A |
| 3 | ADEOSUN, ADEOLA | 43 | CARRASQUILLO, ADRIAN |
| 4 | AIDEN, SINOBIA C | 44 | CASTRO, JEFFREY |
| 5 | AKERS, MARY ANN | 45 | CHARLES, MICHAEL |
| 6 | ALBRIGHT, NICOLE GAUDIANO | 46 | CHAVERS, JOSHUA AARON |
| 7 | ALCENDOR, THORA CLAUDETTE | 47 | CHIARAMONTE, PERRY |
| 8 | ALI, SAFIA SAMEE | 48 | CHU MACIAS, TIN HO |
| 9 | ANDERSON, KARI MARRIOTT | 49 | CLARK, NOELENE |
| 10 | ANEETA, ASHTON MATHUR | 50 | COLES, ALEXANDER |
| 11 | ARADILLAS, ELAINE | 51 | COOLEY, PATRICK ARTHUR |
| 12 | ASKINASI, RACHEL | 52 | COSTELLO, THOMAS |
| 13 | AYALA, CHRISTINE | 53 | COVINGTON, JEROME THOMAS KARNES |
| 14 | AZZI, ALEXANDRA | 54 | CRAIG, FRANK LEROY |
| 15 | BACHMAN, JUSTIN | 55 | DANA, SARA PEYTON |
| 16 | BALAGTAS, TRISTAN | 56 | DAUL, ERICA |
| 17 | BAYLIS, SHEILA ELIZABETH COSGROVE | 57 | DAVIS, SETH |
| 18 | BECKMAN, CELINE | 58 | DENT, ALEC |
| 19 | BECKMAN, RICHARD | 59 | DJORDJEVIC, PATRICK JOHN |
| 20 | BELENDEZ-DESHA, PILAR M | 60 | DOWD, TRONE LEON-JAMEL |
| 21 | BELL, AMANDA JUNE | 61 | DOYLE, LAUREN |
| 22 | BELL, MARTIN A | 62 | DUGAN, CHRISTINA |
| 23 | BERNHARDT, KIMBERLY | 63 | DZHANOVA, YELENA |
| 24 | BERTHELSEN, CHRISTIAN | 64 | EDMONDS, JAVON |
| 25 | BIONDO, ANNTANINNA MARIA | 65 | EDWARDS, MARK T |
| 26 | BLUTH, JORDAN | 66 | EHRHARDT, MICHELLE SIMON |
| 27 | BOOKSTAVER, ERICA DAWN | 67 | EISINGER, MARY AMY ELIZABETH |
| 28 | BOSSERMAN, BRADLEY | 68 | ESTERS, KATHERINE L |
| 29 | BOYKIN-PATTERSON, CLARICE EBONI | 69 | EWALT, DAVID |
| 30 | BRODY, LANAE | 70 | FABBRO, ROCIO ALDANA |
| 31 | BROWN, ABRAM | 71 | FANELLI, JENNA |
| 32 | BROWN, STEPHEN BRODY | 72 | FEIS, AARON |
| 33 | BROWNING, LYNNLEY | 73 | FEUERHERD, BENJAMIN |
| 34 | BURGE, CASSANDRA LAUREN | 74 | FINKELSTEIN, GREGORY |
| 35 | BURKE, BRIANNA MARIE | 75 | FITZGERALD, MADELINE |
| 36 | BURRY, THEODORE | 76 | FLORES, ROXANNE |
| 37 | BUTLER, ANN | 77 | FRANCISCO, CARINA JEAN |
| 38 | BUXBAUM, EVAN | 78 | FRATES, RICANNIA |
| 39 | CABRERA, YANISE | 79 | FREDMAN, NATHANIEL |
| 40 | CAMERON, CLAIRE HELEN | 80 | FREY, ANISSA |

# THE MESSENGER WARN

Exhibit B

| # | Class Member | # | Class Member |
|---|---|---|---|
| 81 | FUNK, LUKE | 121 | HUSTON, REGAN KARRIS |
| 82 | GAGNE, MATTHEW MICHAEL | 122 | INGALL, MARK |
| 83 | GAITHER, TANITA ANJILLIAN | 123 | JAKIEL, OLIVIA ANNE |
| 84 | GALBRAITH, ALEXANDER | 124 | JONES, ALEXANDRA IRENE |
| 85 | GALLAGHER, KAYLA MARYSOL | 125 | JONES, KAELEN |
| 86 | GALLAGHER, NICHOLAS | 126 | JULIAN, ANDREW CHRISTOPHER |
| 87 | GARCIA, JAKE | 127 | KADY, MARTIN JOSEPH |
| 88 | GARNER, GLENN | 128 | KARLIS, KELLY NOEL |
| 89 | GAVIN, CHRISTOPHER | 129 | KARP, ILANA |
| 90 | GAVIN, WILLIAM SCOTT | 130 | KAUFMAN, DANIEL ANDREW |
| 91 | GEHRCKE, TAYLOR JON | 131 | KESSLEN, BENJAMIN ERIC |
| 92 | GELLER, ERIC | 132 | KING, KARA TILLIE |
| 93 | GELLER, WENDY HERMANSON | 133 | KIRSCHENBAUM, MICHAEL |
| 94 | GIL, BRUCE | 134 | KLASFELD, ADAM LOUIS |
| 95 | GILLILAND, DONALD RAYMOND | 135 | KLINE, LULU RUBY |
| 96 | GIOIA, MICHAEL CHRISTOPHER | 136 | KNAPP, JOHN DANIEL |
| 97 | GLASSMAN, THEA KORAL | 137 | KOPECKI, DAWN MARIE |
| 98 | GOLDBERGER, BENJAMIN | 138 | KOUBEK, RANDALL J |
| 99 | GOLDING, BRUCE | 139 | KOVAC, ADAM |
| 100 | GOLDSTEIN, MATTHEW BRIAN | 140 | KUMAR, NIKHIL |
| 101 | GOODING, DANIEL PETER | 141 | LABBATE, MARIANA |
| 102 | GOODMAN, JEFFREY | 142 | LAMBERT, JONATHAN |
| 103 | GOTTHELF, MICHELLE SUZANNE | 143 | LAPORTA, JAMES MICHAEL |
| 104 | GRAMLING, GARY | 144 | LAWRENCE, DEREK |
| 105 | GRASING, KIM T | 145 | LEEMAN, ZACHARY JON |
| 106 | GRAY, JULIA | 146 | LEIBY, RICHARD |
| 107 | GREENWAY, LIANA | 147 | LESTER, ERICA |
| 108 | GUERRERO, JODI | 148 | LEVITAN, DAVID |
| 109 | HAHN, JASON | 149 | LEWIS, ALAN |
| 110 | HARPER, BLAKE B | 150 | LEWIS, REID |
| 111 | HARRIS, CHRISTOPHER HUGH | 151 | LIJO, ANILA MARY |
| 112 | HELLING, STEVEN KENNETH | 152 | LINVILLE, BREANNA M |
| 113 | HENDERSON, CALVIN TAYLOR | 153 | LOBIANCO, THOMAS |
| 114 | HERBST, DIANE | 154 | LOEWENTHAL, EMMA |
| 115 | HIMMELMAN, KHAYA | 155 | LOWRY, THOMAS |
| 116 | HINEMAN, BRINLEY MORGAN | 156 | LUNDQUIST, PAULETTE GAIL |
| 117 | HOFFMAN, JORDAN | 157 | MARKAZI, ARASH |
| 118 | HOLT, MATTHEW MARCUS | 158 | MARKMAN, CASEY LEIGH |
| 119 | HOOD, CAMERON GARRETT | 159 | MATHEWS, LIAM |
| 120 | HOWLEY, KATHLEEN M | 160 | MATIBAG, LORENZO |

# THE MESSENGER WARN

Exhibit B

| | Class Member | | Class Member |
|---|---|---|---|
| 161 | MCCAFFERTY, RORY | 201 | PARNES, AMIE M |
| 162 | MCCARTHY, MEGAN KELLY | 202 | PARSLEY, AARON ALDEN |
| 163 | MCCASKILL, NOLAN | 203 | PATTERSON, CHARMAINE |
| 164 | MCCULLOUGH, BENJAMIN | 204 | PEREZ, DANIELA ANDREINA |
| 165 | MCDONALD, SCOTT | 205 | PHILLIPP, CHARLOTTE ELIZABETH |
| 166 | MCENERY, THORNTON CORMAC | 206 | PIESTER, LAUREN ELIZABETH |
| 167 | MCNAMARA, AUDREY MARIE | 207 | PIGNATARO, JULIANA |
| 168 | MCPHERSON, LINDSEY ANN | 208 | PINERO, ASHTON |
| 169 | MCQUREERIR, CHRISTINE CYNTHIA | 209 | PLYAM, VIKTORIA |
| 170 | MEIER, LILY | 210 | PORTER, DANIEL |
| 171 | MENDOZA, MONICA | 211 | POWELL, MARYMARGARET |
| 172 | MENNITI, LAWRENCE | 212 | POWERS, BENJAMIN |
| 173 | MERICA, DANIEL | 213 | PRENDERGAST, ANGELA |
| 174 | MERRILL, MONIQUE | 214 | PUGLISI, COLLEEN |
| 175 | MILAM, AARON CONRAD | 215 | QAMAR, AYSHA MOHSAN |
| 176 | MILLER, DANA | 216 | RAPHAEL, RINA HANNAH |
| 177 | MILLER, MICHAEL SCOTT | 217 | RAYNER, CHRISTOPHER MARTIN |
| 178 | MITOKO, BERNICE AOKO | 218 | RED, DONALD CHRISTIAN |
| 179 | MOORE, MARK DAVID | 219 | REGO, MAX STEFAN |
| 180 | MORELLO, LAUREN MINA | 220 | REILLY, STEPHEN |
| 181 | MORGAN, LAUREN M | 221 | REIS, HELEN ELIZABETH |
| 182 | MORHARDT, MEGHANN LILY | 222 | RENNER, MICHAEL ANTHONY |
| 183 | MORIN, REBECCA DANIELLE | 223 | RENNIE, AARON LOWENSTEIN |
| 184 | MURPHY, HANNAH | 224 | RETOTAR, AMANDA |
| 185 | MURRAY, STEPHANIE CASSANDRA | 225 | RIOS, CYNTHIA |
| 186 | MUSE, MICHAEL DARREN | 226 | ROGERS, ZACHARY LEE |
| 187 | NAG CHOUDHURY, AISHWARYA | 227 | ROJAS, WARREN |
| 188 | NAGORSKI, THOMAS GEORGE | 228 | RONIS, ADAM S |
| 189 | NANJANGUD SREENIVAS, SHISHIRA | 229 | ROSEN, CRAIG STEVEN |
| 190 | NANNI, RYAN CHRISTOPHER | 230 | ROSNER, ELIZABETH MERYL |
| 191 | NEUKAM, STEPHEN | 231 | ROWLAND, GEOFFREY |
| 192 | NOYER, CLAIRE | 232 | RUBINSTEIN, JENSEN BRIANA |
| 193 | OBRIAN, BRIDGET | 233 | RUDDLESTON, JOSEPH JAMES |
| 194 | OCONNOR, WILLIAM | 234 | SAMUELSOHN, DARREN S |
| 195 | OSHEA, KATE | 235 | SCHER, JONATHAN STANTON |
| 196 | OUZTS, MADELEINE SMITH | 236 | SCOTTI, CIRO |
| 197 | PAINE, DAVIS NEIL | 237 | SEIPEL, BROOKE ELYSE |
| 198 | PAPENFUSS, MARY S | 238 | SHAHEEN, MANSUR |
| 199 | PARKER, RYAN WILLIAM | 239 | SHIBU, SHERIN |
| 200 | PARKS, CHRISTOPHER | 240 | SHIRLEY, FRANCES |

# THE MESSENGER WARN
## Exhibit B

| | Class Member |
|---|---|
| 241 | SHTEAMER, HENRY |
| 242 | SINGER, MICHELE |
| 243 | SIWEK, VICTORIA COLETTE |
| 244 | SLOANE, NEIL |
| 245 | SNOW, JACLYN RISA |
| 246 | SPORN, JEREMY MAX |
| 247 | STEINER, HALLIE |
| 248 | STRIMEL, ALEXANDER |
| 249 | SUNDEL, JENNA |
| 250 | SUROVELL, EVA MARIE |
| 251 | SZUCS, MARIANN |
| 252 | TANIER, MICHAEL |
| 253 | TATUM, SOPHIA |
| 254 | TEITELBAUM, RICHARD SETH |
| 255 | THOMPSON, JACKSON B |
| 256 | TOLLIVER, SANDRA MARIE |
| 257 | TRAINOR, DANIEL |
| 258 | TURSI, MATTHEW FRANK |
| 259 | URBAN, ELIZABETH MARGARET |
| 260 | VARVARO, DANIELLE |
| 261 | VEALE, WILLIAM |
| 262 | VERSANO, CARLO |
| 263 | VICK, MEGAN |
| 264 | VULPO, MICHAEL |
| 265 | WAKEFORD, DANIEL ANDREW |
| 266 | WALSH, CHARLOTTE LEE |
| 267 | WALSH, ELIJAH |
| 268 | WATSON, SHYLA WHITTNEY |
| 269 | WEAVER, MARGARET ELIZABETH |
| 270 | WELCH, CARLEY WILSON |
| 271 | WERBLIN, MATTHEW |
| 272 | WHITE, BENJAMIN |
| 273 | WILLIAMS, AMANDA PAIGE |
| 274 | WOLLSTEIN, NOA |
| 275 | YASHAROFF, HANNAH MARIE |
| 276 | YSKA, GERRED RICHARD |
| 277 | ZENNIE, MICHAEL MAURICE |
| 278 | ZIMMERMAN, NEETZAN |
| 279 | ZORRILLA, MONICA MARIE |