```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2025
```

# PECHMAN LAW GROUP PLLC
## LABOR & EMPLOYMENT ATTORNEYS

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

February 13, 2025

**VIA ECF**

Honorable Margaret M. Garnett
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

> Application GRANTED. The parties shall file their preliminary settlement approval motion no later than **March 14, 2025**. The post-fact discovery conference scheduled for February 18, 2025, and all other dates and deadlines are hereby ADJOURNED *sine die*. The Clerk of Court is respectfully directed to terminate Dkt. No. 40.
>
> SO ORDERED. Date: 2/13/2025.
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE

Re: *Belendez-Desha v. JAF Communications, Inc.*, 24 Civ. 741 (MMG)
(Letter-Motion re: Settlement in Principle & Outstanding Deadlines)

Dear Judge Garnett:

We represent Defendant JAF Communications Inc. in the above-referenced Action. Together with Class Counsel, we write to inform the Court that the Parties have reached a settlement in principle on a class-wide basis and are working together to finalize their settlement documents. They will file their settlement approval documents, pursuant to Rule 23 of the Federal Rules of Civil Procedure, when they are ready.

The Parties apologize for not submitting their pre-motion letters by January 29 and their joint discovery letter by February 5, 2025, as required by ECF No. 30. The Parties did not file these letters because they were devoting resources to finalizing their settlement in principle. In light of their settlement, the Parties jointly request that the Court postpone the deadlines for the pre-motion letters and joint discovery letter and the upcoming post-discovery conference, scheduled for February 18, 2025, *sine die*. The Parties jointly request that the Court schedule a deadline of March 14, 2025, by which to file the preliminary settlement approval motion.

The Parties thank the Court for its time and attention to this matter.

Respectfully submitted,

Gianfranco J. Cuadra

cc: Counsel for Plaintiff (via ECF)