IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PILAR BELENDEZ-DESHA, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>JAF COMMUNICATIONS INC. d/b/a THE MESSENGER,<br><br>                    Defendant. | CASE NO.   24-CV-00741 (MMG) |

**DECLARATION OF CLASS COUNSEL**
**CONCERNING CLASS MEMBERS WHO HAVE OPTED OUT OF THE CLASS**

Jack A. Raisner declares the truth of the following under penalty of perjury:

      1.      I am an attorney at Raisner Roupinian LLP and Class Counsel in the above-referenced case.

      2.      On January 6, 2025, Plaintiffs caused to be mailed the Notice of Class Action to 279 Class Members contained in the Class List, as attested to in the *Affidavit of Mailing of the Notice* filed on January 8, 2025 [ECF No. 39].

      3.      As provided in the Notice, any class member wishing to be excluded from the Class was required to mail a completed Opt-Out Form to the attention of my partner, Rene' S. Roupinian, postmarked no later than February 5, 2025 [ECF No. 39, Exhibit A].

      4.      The following class members exercised their right to opt out of the Class: Richard Beckman, Gregory Finkelstein, Benjamin McCullough, Neil Paine, and Michele Singer, exercised their right to opt out of the Class.

Dated: March 3, 2025                    By:  /s/ *Jack A. Raisner*
                                             JACK A. RAISNER