# PECHMAN LAW GROUP PLLC

**LABOR & EMPLOYMENT ATTORNEYS**

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

March 14, 2025

**VIA ECF**

Honorable Margaret M. Garnett
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

      Re:  *Belendez-Desha v. JAF Communications, Inc.*, 24 Civ. 741 (MMG)
          (Letter-Motion re: Extension of Time to File Settlement Documents)

Dear Judge Garnett:

      We represent Defendant JAF Communications Inc. in the above-referenced Action.  Together with Class Counsel, we write to inform the Court that the Parties are still finalizing their settlement agreement and will need a brief extension of the deadline of March 14, 2024 (ECF No. 41), to submit it for the Court's review pursuant to Rule 23 of the Federal Rules of Civil Procedure.

      The Parties have exchanged drafts of their settlement agreement and are close to finalizing it.  However, due to unexpected deadlines and scheduling conflicts, the Parties will need until April 4, 2025, to finalize and sign the agreement and draft and file their joint motion for preliminary settlement approval.  This is the first time that the Parties request an adjournment of the original due date of March 14, 2025.

      The Parties thank the Court for its time and attention to this matter.

                              Respectfully submitted,

                              /s/ *Gianfranco J. Cuadra*

                              Gianfranco J. Cuadra

cc:  Counsel for Plaintiff (via ECF)