# PECHMAN LAW GROUP PLLC
### LABOR & EMPLOYMENT ATTORNEYS

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2025

March 14, 2025

**VIA ECF**

Honorable Margaret M. Garnett
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

    Re:  *Belendez-Desha v. JAF Communications, Inc.*, 24 Civ. 741 (MMG)
        (Letter-Motion re: Extension of Time to File Settlement Documents)

Dear Judge Garnett:

    We represent Defendant JAF Communications Inc. in the above-referenced Action. Together with Class Counsel, we write to inform the Court that the Parties are still finalizing their settlement agreement and will need a brief extension of the deadline of March 14, 2024 (ECF No. 41), to submit it for the Court's review pursuant to Rule 23 of the Federal Rules of Civil Procedure.

    The Parties have exchanged drafts of their settlement agreement and are close to finalizing it. However, due to unexpected deadlines and scheduling conflicts, the Parties will need until April 4, 2025, to finalize and sign the agreement and draft and file their joint motion for preliminary settlement approval. This is the first time that the Parties request an adjournment of the original due date of March 14, 2025.

    The Parties thank the Court for its time and attention to this matter.

    Respectfully submitted,

    /s/ *Gianfranco J. Cuadra*

    Gianfranco J. Cuadra

cc:  Counsel for Plaintiff (via ECF)

Application GRANTED. The parties shall file their preliminary settlement approval motion no later than **April 4, 2025**. Pursuant to Rule I(B)(5) of the Court's Individual Rules & Practices, requests for adjournments or extensions of time must be made at least two business days prior to the original due date. Such requests that are not made pursuant to Rule I(B)(5) may be denied on the basis of untimeliness alone. The Clerk of Court is respectfully directed to terminate Dkt. No. 43.

SO ORDERED. Date: 3/17/2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE