# RAISNER | ROUPINIAN

Jack A. Raisner
(212) 221-1747 ext. 454
jar@raisnerroupinian.com

April 1, 2025

**VIA ECF**

Hon. Margaret M. Garnett
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

Re:   Belendez-Desha v. JAF Communications, Inc., No. 24 Civ. 00741 (MMG)
      *Letter-Motion re: Extension of Time to File Settlement Documents*

Dear Judge Garnett:

We represent Plaintiff Pilar Belendez-Desha and the certified class in this action under the federal and New York Worker Adjustment and Retraining Notification Acts ("WARN"). Together with counsel for Defendant JAF Communications, Inc., we write to request an extension of time to file the parties' settlement papers. The current deadline to file these papers, after the Court's first extension, is April 4, 2025 (ECF 44).

The parties' settlement agreement is nearly final. Upon execution of the settlement agreement, the parties intend to file a joint motion for preliminary approval of the settlement, the drafting of which will require a brief additional amount of time. The parties seek an extension of the deadline to file these papers to April 25, 2025.

The parties thank the Court for its time and attention to this matter. They are available to provide any additional information to the Court.

Sincerely,

*/s/ Jack A. Raisner*
Jack A. Raisner

CC:   Counsel of record (via ECF)

---

Application GRANTED. The parties shall submit their joint motion for preliminary approval of the settlement no later than **April 25, 2025**. The Clerk of Court is respectfully directed to terminate Dkt. No. 45.

SO ORDERED. Date: 4/1/2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

---

RAISNER ROUPINIAN LLP
270 Madison Avenue, Ste. 1801, New York, NY 10016
(212) 221-1747
www.raisnerroupinian.com