IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PILAR BELENDEZ-DESHA, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>JAF COMMUNICATIONS INC. d/b/a THE MESSENGER,<br><br>       Defendant. | CASE NO.  24cv0741 (MMG)<br><br>**NOTICE OF MOTION AND JOINT MOTION FOR SETTLEMENT APPROVAL** |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Plaintiff Pilar Belendez-Desha ("Plaintiff"), on behalf of herself and the certified class, and Defendant JAF Communications, Inc., d/b/a The Messenger ("Defendant" and collectively, the "Parties"), will and hereby do move this Court, on a date and at such time as may be designated by the Court, at 40 Foley Square, New York, NY 10007, for (1) an order granting preliminary approval of the Parties' settlement agreement, approving notice, scheduling a fairness hearing, and granting related relief, and (2) after the fairness hearing, an order granting final approval of the settlement and (3) an order entering consent judgment.

In support of the joint motion, the Parties submit the accompanying Memorandum of Law and exhibits thereto, including the settlement agreement, proposed orders for preliminary and final approval, a proposed class notice, and a proposed consent judgment.

DATED:  April 25, 2025

| | |
|---|---|
| By: _/s/ Jack A. Raisner_<br>René S. Roupinian<br>Jack A. Raisner | By: _/s/ Louis Pechman_<br>Louis Pechman<br>Gianfranco J. Cuadra |

| | |
|---|---|
| **RAISNER ROUPINIAN LLP** | **PECHMAN LAW GROUP PLLC** |
| 270 Madison Avenue, Suite 1801 | 488 Madison Avenue, 17th Floor |
| New York, New York 10016 | New York, New York 10022 |
| Tel.: (212) 221-1747 | Tel.: (212) 583-9500 |
| Email: rsr@raisnerroupinian.com | Email: pechman@pechmanlaw.com |
| Email: jar@raisnerroupinian.com | Email: cuadra@pechmanlaw.com |
| | |
| *Attorneys for Plaintiff and the class* | *Attorneys for Defendant JAF Communications Inc. d/b/a The Messenger* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List below. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Electronic Mail Notice List:**

Louis Pechman, Esq.
Gianfranco J. Cuadra, Esq.
**PECHMAN LAW GROUP PLLC**
488 Madison Avenue, 17th Floor
New York, New York 10022
pechman@pechmanlaw.com
cuadra@pechmanlaw.com


Executed on April 25, 2025.

/s/   *Jack. A. Raisner*
Jack A. Raisner
**RAISNER ROUPINIAN LLP**
270 Madison Avenue, Suite 1801
New York, New York 10016
Telephone: (212) 221-1747
Fax:   (212) 221-1747
Email: jar@raisnerroupinian.com

*Attorneys for the Plaintiff and the class*

2