IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PILAR BELENDEZ-DESHA, on behalf of herself and all others similarly situated,<br><br>                      Plaintiff,<br><br>                      v.<br><br>JAF COMMUNICATIONS INC. d/b/a THE MESSENGER,<br><br>                      Defendant. | CASE NO.   24cv0741 (MMG)<br><br>**DECLARATION OF NO OBJECTIONS TO SETTLEMENT** |

I, René S. Roupinian, certify the truth of the following under penalty of perjury:

1.      I am an attorney at Raisner Roupinian LLP and Class Counsel in the above-referenced case.

2.      On April 28, 2025, the Court entered its *Preliminary Settlement Approval Order* (ECF 49)

3.      Pursuant to the Preliminary Settlement Order, Class Counsel caused to be mailed, on May 8, 2025, the *Notice of Class Action* (the "Notice") to all 274 Class Members individuals who were to receive the Notice.  (ECF 50, Exhibit B).

4.      As provided in the Notice, anyone wishing to object to the settlement was required to submit such objection so that was received no later than June 12, 2025 (if via electronic mail), and postmarked no later than June 12, 2025 (if via regular mail) (ECF 50, Exhibit A).

5.      We have received no objection to the settlement.

Dated: June 25, 2025                                    **RAISNER ROUPINIAN LLP**

                                                                             */s/ Rene S. Roupinian*