USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/2025

# RAISNER | ROUPINIAN

jar@raisnerroupinian.com

July 1, 2025

**VIA ECF**

Honorable Judge Margaret M. Garnett
United States District Court for the Southern District of New York

Re: **Belendez-Desha v. JAF Communications, Inc., No. 1:24-civ-00741 (MMG)**
*Joint Letter-Motion Seeking Telephonic or Remote Conference*

Dear Judge Garnett:

Counsel for Plaintiff Pilar Belendez-Desha, on behalf of herself and the certified class, and Defendant JAF Communications, Inc., respectfully submit this Joint Letter pursuant to Your Honor's Individual Rules & Practices, Rule II.A.1.

The Final Fairness Hearing on the parties' proposed settlement is scheduled for July 8, 2025. (ECF No. 49). Notice of the settlement was mailed to the class members on May 13, 2025. (ECF No. 50). The deadline to object to the settlement passed without any objections being received. (ECF No. 51).

The parties respectfully request that the July 8 hearing be held remotely or telephonically, whichever is most convenient for the Court. We are available to answer any questions the Court may have about this request or the hearing.

Sincerely,

/s/ Jack A. Raisner
Jack A. Raisner
*Counsel for Plaintiff and the class*

/s/ Louis Pechman
Louis Pechman
*Counsel for Defendant*

---

Application GRANTED. The Fairness Hearing scheduled for July 8, 2025, shall be held over Microsoft Teams. The public one-touch dial-in information for conference audio is: +1 646-453-4442,,329597538#. Counsel of record shall receive a direct Microsoft Teams link. The Clerk of Court is respectfully directed to terminate Dkt. No. 52.

SO ORDERED. Date: 7/2/2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

---

RAISNER ROUPINIAN LLP
270 Madison Avenue, Ste. 1801, New York, NY 10016
(212) 221-1747
www.raisnerroupinian.com