```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PILAR BELENDEZ-DESHA, on behalf of herself and all others similarly situated,

                Plaintiff,

v.

JAF COMMUNICATIONS INC. d/b/a THE MESSENGER,

                Defendant.

---

24-CV-00741 (MMG) (BCM)

**CONSENT JUDGMENT AND ORDER**

MARGARET M. GARNETT, United States District Judge:

    Plaintiff, on behalf of herself and the certified class, on the one hand, and Defendant JAF Communications Inc. d/b/a The Messenger, on the other hand, have stipulated to judgment against Defendant in accordance with a settlement agreement between the Parties (Dkt. No. 48-1), as modified in accordance with the Court's Final Settlement Approval Order (Dkt. No. 54) (the "Agreement"). They moved for approval of the settlement agreement under Fed. R. Civ. P. 23(e), and the Court granted final approval of the agreement.

    Upon review of the Parties' submissions, and for good cause shown, judgment in favor of Plaintiff and the certified class, and against Defendant JAF Communications Inc. d/b/a The Messenger, is ENTERED in the gross amount of Four Million Five Hundred Thousand Dollars and Zero Cents ($4,500,000.00), subject to and in accordance with the terms of the Agreement, whose terms are incorporated into this judgment in full by reference.

    This case shall remain open, subject to further Order by the Court.

Dated: July 8, 2025
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge