UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PILAR BELENDEZ-DESHA,

                      Plaintiff,

       -against-                             **24 Civ. 741 (MMG)(BCM)**

JAF COMMUNICATIONS INC. d/b/a THE MESSENGER.,

                      Defendant.
------------------------------------------------------------------X

## MOTION TO WITHDRAW AS COUNSEL

      Gianfranco J. Cuadra, the undersigned counsel, respectfully moves to withdraw as counsel for Defendant JAF Communications Inc. d/b/a The Messenger in the above-captioned matter, as counsel's last day with the law firm of Pechman Law Group PLLC will be August 15, 2025. Pechman Law Group PLLC will continue to represent Defendant in this matter, without the undersigned, and the granting of this Motion will neither prejudice a party nor affect any scheduled deadlines.

      WHEREFORE, the undersigned counsel respectfully requests that this Court permit him to withdraw as counsel for Defendant in this matter.

Dated: New York, New York
       August 11, 2025

                                             PECHMAN LAW GROUP PLLC

                                             By: _____
                                             Gianfranco J. Cuadra (GC-3633)
                                             Pechman Law Group PLLC
                                             488 Madison Avenue, 17th Floor
                                             New York, New York 10022
                                             Tel.: (212) 583-9500
                                             Fax.: (212) 409-8763
                                             cuadra@pechmanlaw.com
                                             *Attorney for Defendant*