**RAISNER | ROUPINIAN**

Jack A. Raisner
(212) 221-1747 ext. 454
jar@raisnerroupinian.com

October 6, 2025

**VIA ECF**

Honorable Judge Margaret M. Garnett
United States District Court for the Southern District of New York

Re:   *Belendez-Desha v. JAF Communications, Inc.*, No. 1:24-civ-00741 (MMG)
      *Plaintiff's Status Letter*

Dear Judge Garnett:

    Counsel for Plaintiff Pilar Belendez-Desha, on behalf of herself and the certified class, respectfully submits this Status Letter pursuant to the Court's Order approving the parties' settlement. (ECF No. 54).[1]

    The ABC proceeding in which Plaintiff seeks to recover on the Consent Judgment (ECF No. 55) is ongoing. Class Counsel is in communications with the ABC Assignee and anticipates further information on the available assets soon.

Sincerely,

*/s/ Jack A. Raisner*
Jack A. Raisner


*Counsel for Plaintiff and the class*

---

[1] Plaintiff sought conferral with Defendant, so as to make a joint submission, as specified in the Order. Plaintiff was unable to reach Defendant's counsel before filing.

RAISNER ROUPINIAN LLP
270 Madison Avenue, Ste. 1801, New York, NY 10016
(212) 221-1747
www.raisnerroupinian.com