# RAISNER | ROUPINIAN

Jack A. Raisner
(212) 221-1747 ext. 454
jar@raisnerroupinian.com

April 6, 2026

**VIA ECF**

Honorable Judge Margaret M. Garnett
United States District Court for the Southern District of New York

**Re:     Belendez-Desha v. JAF Communications, Inc., No. 1:24-civ-00741 (MMG)**
*Plaintiff's Status Letter*

Dear Judge Garnett:

Counsel for Plaintiff Pilar Belendez-Desha, on behalf of herself and the certified class, respectfully submits this Status Letter pursuant to the Court's Order approving the parties' settlement.  (ECF No. 54).

The ABC proceeding in which Plaintiff seeks to recover on the Consent Judgment (ECF No. 55) is ongoing.  Class Counsel has been in productive communication with the ABC Assignee regarding the prospects for recovery on the judgment and available assets.  Plaintiff understands that the ABC Assignee intends to finalize a plan for distributing Defendant's assets in the summer of this year.  Plaintiff will stay in contact with the ABC Assignee and provide the Court with further updates by the next status letter due date of July 6, 2026.

Sincerely,

*/s/ Jack A. Raisner*
Jack A. Raisner

*Counsel for Plaintiff and the class*

RAISNER ROUPINIAN LLP
270 Madison Avenue, Ste. 1801, New York, NY 10016
(212) 221-1747
www.raisnerroupinian.com